PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 23-41381-MXM-13 |
| MARTIN ROMERO<br>　　1801 PROVINE ST<br>　　FORT WORTH, TX 76103<br>　　SSN/TIN: XXX-XX-6960 | |
| **DEBTOR** | **HEARING: AUGUST 15, 2024 AT 8:30 AM** |

### TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS AND PLAN MODIFICATION (IF REQUIRED)

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN RESPONSE IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 30 DAYS FROM THE DATE OF SERVICE. ANY RESPONSE SHALL BE FILED WITH THE CLERK AND SERVED ON THE TRUSTEE. IF A RESPONSE IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE RESPONDING PARTY. IF NO RESPONSE IS TIMELY FILED, THE PLEADING SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF.

　　If an opposed response is timely filed and remains unresolved, this matter will be called at the docket call on the date and time above in Room 128 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX 76102 -3643 with a hearing following docket call.

**Attend by WebEx Video**:

Link: https://us-courts.webex.com/meet/mullin

**Attend by WebEx Telephone**:

Dial-In: 1.650.479.3207
Meeting ID: 2310-650-8783

　　　　　　Respectfully submitted,

By:　/s/ Ethan S. Cartwright
　　　Ethan S. Cartwright, Staff Attorney
　　　Bar No. 24068273
　　　PAM BASSEL STANDING CHAPTER 13 TRUSTEE
　　　Bar No. 01344800
　　　860 Airport Freeway, Ste 150
　　　Hurst, TX 76054
　　　(817) 916-4710 Phone

## CERTIFICATE OF SERVICE

       I certify that a true and correct copy of the Notice of Hearing and Trustee's Recommendation Concerning Claims and Plan Modification if Required was served on or before the date of filing. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

                    By: /s/ Ethan S. Cartwright
                          Ethan S. Cartwright

DEBTOR: Martin Romero, 1801 Provine St, Fort Worth, TX 76103
ATTORNEY: DAVIS ERMIS AND ROBERTS, 1521 N COOPER ST STE 860, ARLINGTON, TX 76011

CREDITORS:
AIDVANTAGE ON BEHALF OF, DEPT OF ED LOAN SERVICES, PO BOX 300001, GREENVILLE, TX 75403-0000
AIDVANTAGE ON BEHALF OF DEPT OF ED LOAN SERVICES, PO BOX 4450, PORTLAND, OR 97208-0000
Attorney General of Texas CSD, 2001 Beach Street Ste 700, Fort Worth, TX 76103
ATTORNEY GENERAL OFFICE, 400 S ZANG BLVD STE 1100, DALLAS, TX 75208-0000
BARRETT DAFFIN FRAPPIER TURNER & ENGEL LLP, 4004 BELT LINE RD STE 100, ADDISON, TX 75001-0000
CAINE AND WEINER COMPANY, 12005 FORD ROAD 300, DALLAS, TX 75234
CITIBANK, PO BOX 790040, ST LOUIS, MO 63179-0000
CITIBANK, 5800 S CORPORATE PL, SIOUX FALLS, SD 57108-0000
CITIBANK, 6716 GRADE LN BLG 9 STE 910-PY DEPT, LOUISVILLE, KY 40213-0000
CPI, Attn Bankruptcy, 29 N Connor, Sheridan, WY 82801
Famsa Inc, Attn Bankruptcy, 2655 Villa Creek, Farmers Branch, TX 75234
HUD OGC Region VI, Timothy E Feeley, 307 W Seventh St Ste 1000, Ft Worth, TX 76102
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101
Kohls Capital One, Attn Credit Administrator, PO Box 3043, Milwaukee, WI 53201
Lawrence and Mary Giles, 6921 Calender Road, Arlington, TX 76001
LINEBARGER GOGGAN BLAIR AND SAMPSON, 2777 N STEMMONS FWY STE 1000, DALLAS, TX 75207-0000
M AND T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST, NY 14228
Mary Giles, 3855 Miller Avenue, Fort Worth, TX 76119
Oklahoma Student Loan Authority OSLA, 525 Central Park Drive, Suite 600, Oklahoma City, OK 73105
PERDUE BRACKETT FLORES UTT & BURNS, JV, C/O PBFC&M, LLP, 500 E BORDER ST STE 640, ARLINGTON, TX 76010-0000
Pierson Behr, 1521 North Cooper St Ste 750, Arlington, TX 76011
SYNCHRONY BANK, PO BOX 965060, ORLANDO, FL 32896-0000
Tarrant County Tax Assessor Collector, PO BOX 961018, Fort Worth, TX 76161
TARRANT COUNTY TAX COLLECTOR, DELINQUENT TAX DEPARTMENT, 2777 N STEMMONS FREEWAY STE 1000, DALLAS, TX 75207-000
US Department of Housing and Urban Develop, 307 W 7th St Suite 1000, Fort Worth, TX 76102
VIDA LAW FIRM PLLC, 3000 CENTRAL DR, BEDFORD, TX 76021-0000
WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC F2302-04C, DES MOINES, IA 50328-0000
WELLS FARGO BANK, MAC #N9286-01Y, PO BOX 1629, MINNEAPOLIS, MN 55440
WELLS FARGO BANK NA, ATTN: BANKRUPTCY, 1 HOME CAMPUS MAC X2303-01A 3RD FLR, DES MOINES, IA 50328-0000

***Address on record invalid for recipient -- no document mailed to this party.

**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                                        CASE NO.: 23-41381-MXM-13

**MARTIN ROMERO**
    1801 PROVINE ST
    FORT WORTH, TX 76103
    SSN/TIN: XXX-XX-6960

**DEBTOR**                                                        **HEARING: AUGUST 15, 2024 AT 8:30 AM**

**TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS AND PLAN MODIFICATION (IF REQUIRED)**

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN RESPONSE IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 30 DAYS FROM THE DATE OF SERVICE. ANY RESPONSE SHALL BE FILED WITH THE CLERK AND SERVED ON THE TRUSTEE. IF A RESPONSE IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE RESPONDING PARTY. IF NO RESPONSE IS TIMELY FILED, THE PLEADING SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF.

The Trustee files the following Recommendation Concerning Claims and Plan Modification (If Required) and would show the Court the following:

### I. TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS NOT FILED

The following creditors were scheduled by the Debtor. No Proof of Claim has been filed by them or on their behalf as required by Bankruptcy Rule 3002(a). The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed. **Therefore, these creditors will not receive disbursements from the Trustee:**

| T'EE # | CREDITOR'S NAME | SCHED CLASS | SCHED AMOUNT |
|---|---|---|---|
| 6 | CAINE AND WEINER COMPANY | UNSECURED | $153.00 |
| 8 | CPI | UNSECURED | $964.00 |
| 9 | FAMSA INC | UNSECURED | $0.00 |
| 10 | KOHLS CAPITAL ONE | UNSECURED | $235.00 |
| 11 | M AND T BANK | UNSECURED | $0.00 |
| 13 | PIERSON BEHR | UNSECURED | $2,500.00 |
| 14 | SYNCHRONY BANK | UNSECURED | $0.00 |
| 15 | SYNCHRONY BANK | UNSECURED | $500.00 |
| 16 | SYNCHRONY BANK | UNSECURED | $255.00 |
| 17 | SYNCHRONY BANK | UNSECURED | $0.00 |
| 18 | SYNCHRONY BANK | UNSECURED | $0.00 |
| 19 | TARRANT COUNTY TAX COLLECTOR | UNSECURED | $0.00 |

## II.  TRUSTEE'S RECOMMENDATIONS CONCERNING FILED CLAIMS

UNLESS AN OBJECTION IS TIMELY FILED AS TO THE AMOUNT OR CLASSIFICATION OF ANY CLAIM LISTED BELOW, THAT CLAIM WILL BE PAID AS DESCRIBED HEREIN AND SUCH AMOUNT AND CLASSIFICATION WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT FURTHER ORDER OF THE COURT. ALL ALLOWED SECURED CLAIMS WHICH WERE UNTIMELY FILED WILL BE PAID AS IF TIMELY FILED, PURSUANT TO THE ORDER OF PAYMENT STATED IN THE CHAPTER 13 PLAN, UNLESS THE COURT ORDERS OTHERWISE FOLLOWING A TIMELY OBJECTION TO THIS TRCC. (NOTE: Value of collateral, treatment under the Plan and interest rate were determined at Confirmation.  "Interest Rate" and "Treatment" are shown

| CLAIM# | SECURED CREDITORS | COLLATERAL | CLAIM | INTEREST RATE | TREATMENT |
|---|---|---|---|---|---|
| 3 | LAWRENCE AND MARY GILES | BPP/4820/4816 WICHITA ST ARREARS | $15,704.78 | 0.00% | PER MO-TR |
| 3 | LAWRENCE AND MARY GILES | BPP/4820/4816 WICHITA ST | $181,192.80 | | DIRECT-DR |
| 1 | WELLS FARGO BANK NA | 900 CONNOR AVE | $17,111.51 | | DIRECT-DR |
| 2 | TARRANT COUNTY TAX COLLECTOR | HOMESTEAD/23 | $4,599.66 | 12.00% | PRO RATA-TR |
| 2 | TARRANT COUNTY TAX COLLECTOR | 900 CONNOR AVE/23 | $3,149.46 | | DIRECT-DR |
| 2 | TARRANT COUNTY TAX COLLECTOR | BPP/4820 WICHITA ST/23 | $640.47 | 12.00% | PRO RATA-TR |
| 2 | TARRANT COUNTY TAX COLLECTOR | 4816 WICHITA ST/23 | $5,859.78 | 12.00% | PRO RATA-TR |
| 1 | WELLS FARGO BANK NA | 900 CONNER AVE/ARREARS/ESCROW | $2,320.99 | 0.00% | PRO RATA-TR |
| 2 | TARRANT COUNTY TAX COLLECTOR | BPP/4816 WICHITA ST/23 | $273.81 | 12.00% | PRO RATA-TR |

| CLAIM# | UNSECURED | CLAIM | COMMENT |
|---|---|---|---|
| 4 | CITIBANK | $411.58 | HOME DEPOT |
| 5 | AIDVANTAGE ON BEHALF OF DEPT OF E | $4,639.34 | STUDENT LOANS |

## III.  PLAN MODIFICATION

**Modification Details**

The following changes will be made to Debtor Payments, Plan Base and/or Plan Term for the reason(s) specified below:

Payments $435 x 8; $670 x 7; increase beginning 9/14/24 at $859 x 45 for plan base of $46,825 in 60 months

**Reason(s) for Modification:**
To make the plan sufficient.

                Respectfully submitted,

By:   <u>/s/ Ethan S. Cartwright</u>
       Ethan S. Cartwright, Staff Attorney
       Bar No. 24068273
       PAM BASSEL STANDING CHAPTER 13 TRUSTEE
       Bar No. 01344800
       860 Airport Freeway, Ste 150
       Hurst, TX 76054
       (817) 916-4710 Phone