



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 18, 2024**

**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**IN RE:**                                                                  **CASE NO.: 23-41381-MXM-13**

    **MARTIN ROMERO**
        1801 PROVINE ST
        FORT WORTH, TX 76103
        SSN/TIN: XXX-XX-6960

    **DEBTOR**

## ORDER APPROVING TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS AND PLAN MODIFICATION (IF REQUIRED)

    CAME ON for consideration the Trustee's Recommendation Concerning Claims and Plan Modification (If Required) ("TRCC"). The Court FINDS notice was appropriate under the circumstances. The Court is of the opinion that the TRCC should be APPROVED based on:

    the Party's failure to file a timely response.

    IT IS THEREFORE ORDERED that the TRCC is APPROVED with the following changes (if any):

    None.

IT IS FURTHER ORDERED that the value of the collateral securing a claim, annual percentage rate ("APR"), and treatment of the claim as set out in Section I, Paragraphs D, E, F, and G of the confirmed Chapter 13 Plan and Motion for Valuation or on the Order Confirming Chapter 13 Plan shall be modified as follows:

| CREDITOR NAME | COMMENT | CLAIM AMOUNT | COLLATERAL VALUE | ANNUAL PERCENTAGE RATE | TREATMENT | MONTHS IN PLAN |
|---|---|---|---|---|---|---|
| NONE | | | | | | |

### # # #  END OF ORDER  # # #